UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

            -vs.-

CHARLES PALMER, SR.

            Defendant.

_____

**DEFENDANT'S STATEMENT WITH RESPECT TO <u>SENTENCING FACTORS</u>**

11-CR-202-S

       JOSEPH J. TERRANOVA, attorney for defendant CHARLES PALMER, SR., on the defendant's behalf states:

1. I have reviewed a presentence report prepared for defendant CHARLES PALMER, SR. by JAMES DYCKMAN, United States Probation Officer.

2. Upon my personal knowledge, the defendant also reviewed a copy of the presentence report and, in my presence, verified the accuracy thereof.

3. The defendant shall register no objection to the findings, computations, or factual accuracy of the presentence report as filed. In a sentencing memorandum, however, Mr. Palmer shall inform the Court of mitigating or corrective factors concerning convictions cited at the PSR's paragraphs 53, 56, and 59.

DATED: Lancaster, New York
           April 1, 2015

                                                                    <u>s/JOSEPH J. TERRANOVA</u>

                                                                    Attorney for Defendant
                                                                    CHARLES PALMER, SR.
                                                                    5647 Broadway
                                                                    Lancaster, NY  14086
                                                                    716.683.8306
                                                                    terranovalaw@verizon.net

TO: Frank T. Pimentel, AUSA
     James Dyckman, U.S. Probation Officer

UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

    -vs.-

                                                                      11-CR-202-S

CHARLES PALMER,

        Defendant.

_____

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 1, 2015, I electronically filed the DEFENDANT'S STATEMENT WITH RESPECT TO SENTENCING FACTORS with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following participants in this case:

    Frank T. Pimentel, AUSA

    James Dyckman, U.S. Probation Officer

No mailings are known to be required.

                                                              <u>s/JOSEPH J. TERRANOVA, ESQ.</u>