UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                         11-CR-202S

CHARLES PALMER,
        Defendant

## NOTICE OF APPEAL

COMES the Defendant in the above-entitled action, Charles Palmer, and hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment by the District Court entered in the above action on March 31, 2016, Decided, April 6, 2016, Filed

Date: June 2, 2016

Respectfully submitted,

Charles Palmer
FCI Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

I, Charles Palmer, does hereby declare, under the penalties of perjury, pursuant to 28 U.S.C. §1746, that the preceding factual assertions are true and correct to the best of his personal knowledge and belief.

Date: June 2, 2016                              /s/ Charles Palmer

Federal Correctional Institution Hazelton
Charles Palmer #05138-055
Box 5000
Bruceton Mills, WV 26525

PITTSBURGH PA 150
01 JUL 2016 PM 3 L

USDC - WDNY
JUL 6 2016
BUFFALO

kH

Clerk, U.S. District Court
2 Niagara Square
Buffalo, New York 14202





14202-395099